**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                    **CRIMINAL NO. 1:13-cr-50-MPM-DAS**

**WILLIAM MICHELLETI**

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest. The Office of the Federal Public Defender contacted **Kelsey L. Dismukes** his cause to eliminate any possibility of a conflict of interest and **Kelsey L. Dismukes** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Kelsey L. Dismukes** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 12th, day of March 2025.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE